

# NUMBER 13-19-00326-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**OSCAR DAVILA RODRIGUEZ,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file the brief.   Appellant's brief was originally due to be filed on February 5, 2020, and this Court has previously granted appellant two extensions for the filing of appellant's brief in this cause.   Appellant has now filed his third motion requesting additional time to file the

appellate brief in this cause.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable O. Rene Flores, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before November 3, 2020.  Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of October, 2020.